■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE BAEZ, Appellant. [691 NYS2d 762] —Judgment, Supreme Court, New York County (Marcy Kahn, J., at suppression hearing; Bonnie Wittner, J., at jury trial and sentence), rendered April 25, 1996, convicting defendant of criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 6 to 12 years, unanimously affirmed.

Defendant's suppression motion was properly denied. We see no basis to disturb the hearing court's credibility determinations. The verdict was based on legally sufficient evidence and was not against the weight of the evidence. We likewise see no reason to disturb the jury's credibility determinations. Concur—Rosenberger, J. P., Tom, Rubin, Saxe and Buckley, JJ.

■ CHEMICAL BANK, Respondent, v MAE L. MCGILL, Appellant, et al., Defendants. [693 NYS2d 8] —Order, Supreme Court, Bronx County (Alan Saks, J.), entered April 20, 1998, which granted plaintiff's motion for a writ of assistance (RPAPL 221) against defendant-appellant, unanimously affirmed, with costs.

The claims that appellant raises in opposition to the writ of assistance, including fraud in the procurement of the mortgage, irregularities in the foreclosure sale and deprivation of constitutional rights in the foreclosure action, are precluded as a matter of res judicata by the unappealed judgment of foreclosure (*see, Bank of N. Y. v Route 312 Dev. Corp.*, 185 AD2d 582, *lv dismissed* 80 NY2d 1024). We have considered appellant's other arguments and find them to be without merit. Concur—Rosenberger, J. P., Tom, Rubin, Saxe and Buckley, JJ.